UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| INTERSTATE BRANDS CORP., ) | |
| ) | |
| Cross-Plaintiff / Debtor-In- ) | |
| Bankruptcy, ) | |
| ) | |
| vs. ) | |
| ) | |
| J.D. KUTTER INSURANCE ) | |
| ASSOCIATES, ) | |
| ) | |
| Cross-Defendant, ) | |
| INTERSTATE BRANDS CORP., ) | |
| ) | |
| Third-Party Plaintiff / Debtor-In- ) | |
| Bankruptcy, ) | |
| ) | |
| vs. ) | Case No. 4:06cv123 SNL |
| ) | |
| CRUM & FORSTER SPECIALTY ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Third-Party Defendant, ) | |
| BRENDA L. SIECKMANN, ) | |
| ) | |
| Plaintiff / Judgment Creditor, ) | |
| ) | |
| vs. ) | |
| ) | |
| J.D. KUTTER INSURANCE ) | |
| ASSOCIATES, INC., ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

This is before the Court on Cross Defendant J.D. Kutter Insurance Associates' Motion for Leave to Withdraw Motion to Transfer (#53), filed June 1, 2006. As of today's date, J.D. Kutter's motion is unopposed. As the other parties have not objected, the motion is granted.

Accordingly,

**IT IS HEREBY ORDERED** that J.D. Kutter Insurance Associates' Motion for Leave to Withdraw Motion to Transfer (#53) be and is **GRANTED**. J.D. Kutter's Motion to Transfer Case Venue (#46) will be withdrawn.

Dated this 19th day of June, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE